JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA STORY,<br>　　Plaintiff,<br><br>　　　vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　Defendant. | CASE NO. 2:22-cv-08914-PD<br><br>**JUDGMENT** |

　　The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:　May 19, 2023

　　　　　　　　　　　　　　　　　　／s／ Patricia Donahue
　　　　　　　　　　　　　　　　HONORABLE PATRICIA DONAHUE
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE